**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MICHELLE DETWILER,

    Plaintiff,

v.                                             CASE NO:  8:16-CV-2552-T-30JSS

EYM DINER OF FLORIDA, LLC
doing business as Denny's,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion to Remand (Dkt. 5) and Defendant's Response in opposition thereto (Dkt. 7).  The Court, upon review of the motion, response, and being otherwise advised in the premises, concludes that the motion should be granted.

### DISCUSSION

On or about August 5, 2016, Plaintiff filed this action against Defendant in the Circuit Court for the Tenth Judicial Circuit, in and for Polk County, Florida, asserting claims for unpaid wages under the Florida Minimum Wage Act ("FMWA") and the Florida Constitution. Plaintiff's complaint included, in its "Prayer for Relief," requests that the Court declare, among other things, that Defendant's actions violated the Fair Labor Standards Act ("FLSA").

On September 1, 2016, Defendant removed the action to this Court based on federal question jurisdiction. Defendant relied on Plaintiff's requests for relief under the FLSA as the basis for the removal.

On September 8, 2016, Plaintiff filed an amended complaint; the amended complaint omits any reference to the FLSA and seeks relief under only Florida law. Contemporaneous with the filing of her amended complaint, Plaintiff filed the instant motion to remand, asserting that the Court is now deprived of federal question jurisdiction. The Court agrees.

Plaintiff's amended complaint states no federal cause of action, nor does it allege a proper basis for federal question jurisdiction. Defendant's response concedes this point but argues, in relevant part, that the Court should retain supplemental jurisdiction over Plaintiff's state-law claims. Because this case is in its infancy, having just been removed on September 1, 2016, the Court declines to exercise supplemental jurisdiction. Plaintiff's state-law claims, which amount to a wage dispute under Florida law, best belong in Florida state court.

Accordingly, it is ORDERED AND ADJUDGED that:

1. Plaintiff's Motion to Remand (Dkt. 5) is **GRANTED**.
2. The Clerk is directed to **remand** this case to the Circuit Court for the Tenth Judicial Circuit in and for Polk County, Florida. The Clerk is also directed to forward a certified copy of this Order to that Court.

3. The Clerk is directed to CLOSE this file and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on September 23, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

*S:\Even\2016\16-cv-2552 remand 5.wpd*